UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE, etc., | ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv–0441-JCM-RJJ |
| vs. | ) ) | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, etc., *et al.*, | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on July 20, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this __17th__ day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge